USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/12/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

UNITED STATES OF AMERICA,

           -against-

KENNETH RAMSEY,

                              Defendant.

------------------------------------------------------------------X

24-CR-618 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on November 12, 2024, the Undersigned referred the presentment and arraignment of Defendant to the Magistrate Court.

IT IS HEREBY ORDERED that the parties must appear for an initial conference on **Tuesday, November 19, 2024 at 10:30 A.M.**  The proceeding will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

Date:  **November 12, 2024**
         **New York, NY**

                                              **VALERIE CAPRONI**
                                        **United States District Judge**