USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/19/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
UNITED STATES OF AMERICA,                                        :
                                                                 :
                -against-                                  :   24-CR-618 (VEC)
                                                                 :
KENNETH RAMSEY,                                                  :   ORDER
                                                                 :
                            Defendant.               :
                                                                 :
-----------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on November 19, 2024, the Defendant appeared before the Court for an initial conference.

    IT IS HEREBY ORDERED that the parties must appear for a conference on **December 19, 2024 at 2:30 P.M.** The proceeding will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

    IT IS FURTHER ORDERED that Defendant must file any pre-trial motions by **December 20, 2024**. The government's response must be filed by **January 17, 2025**. Defendant's reply must be filed by **January 24, 2025**.

    IT IS FURTHER ORDERED that time is excluded for the period between November 19, 2024, and December 20, 2024, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7) (A), as the ends of justice are served by allowing time for the Defendant's counsel to review the discovery in this case, and those interests outweigh the interest of the public and the Defendant in a speedy trial.

**SO ORDERED.**

Date:  November 19, 2024
         New York, NY

                                                **VALERIE CAPRONI**
                                                **United States District Judge**