

**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

*Tamara Giwa*
Executive Director

*Jennifer L. Brown*
Attorney-in-Charge

December 18, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/18/24

**VIA ECF and Email**

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**Re:   United States v. Kenneth Ramsey**
      **24 Cr. 618 (VEC)**

Dear Judge Caproni:

I write, without objection from the Government, to respectfully request that the Court temporarily modify the conditions of Mr. Ramsey's bail to permit him to travel to his sister's home in Brooklyn and spend the day there to celebrate Christmas on December 25, 2024. Mr. Ramsey's sister is the co-signer on his bond. Mr. Ramsey's Pretrial Services Officer, Jonathan Lettieri, informs me that, pursuant to his office's policy, Pretrial Services objects to requests for leave for social activities for individuals on home detention.

On November 21, 2024, that Court granted a similar request permitting Mr. Ramsey to spend Thanksgiving at the same sister's house and to provide Pretrial Services with the address of his sister's residence and to return home by a time set by Pretrial Services. ECF No. 13. Mr. Ramsey fully complied with the Court's Order and remains in compliance with the conditions of his release.

Therefore, I respectfully request that the Court modify Mr. Ramsey's bail conditions to

permit him to travel to his sister's house to celebrate Christmas. Mr. Ramsey will abide by a time schedule set by Pretrial Services.

    Thank you for your consideration of this matter.

                                Respectfully submitted,

                                */s/ Amy Gallicchio*

                                _____
                                Amy Gallicchio
                                Assistant Federal Defender
                                Office: (212) 417-8728
                                Cell:   (917) 612-3274

cc:    AUSA Andrew Thomas
       PTSO Jonathan Lettieri

---

Application GRANTED. Mr. Ramsey must provide Pretrial Services with the address of his sister's residence and must be home by a time to be set by Pretrial Services.

SO ORDERED.                12/18/2024

*[signature: Valerie Caproni]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE