USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/19/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-   24-CR-618 (VEC)

KENNETH RAMSEY,   ORDER

Defendant.

------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on December 19, 2024, the parties appeared before the Court for a status conference.

IT IS HEREBY ORDERED an evidentiary hearing on Defendant's anticipated motion to suppress will be held on February 6, 2025 at 2:30 P.M. in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

IT IS FURTHER ORDERED that trial will begin on April 7, 2025.  Motions in limine are due February 28, 2025; oppositions are due March 14, 2025.  Requests to charge and proposed voir dire questions are due March 21, 2025. The final pretrial conference will take place on March 31, 2025 at 2:30 P.M. in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

Date:  December 19, 2024
       New York, NY

_____
**VALERIE CAPRONI
United States District Judge**