USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/29/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                         :
:
         -against-                                             :    24-CR-618 (VEC)
:
KENNETH RAMSEY,                                                   :    <u>ORDER</u>
:
                                      Defendant.          :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       WHEREAS the parties are scheduled to appear on February 6, 2025 for an evidentiary hearing on Defendant's motion to suppress.

       IT IS HEREBY ORDERED that the evidentiary hearing will be held on **February 6, 2025** at **2:30 P.M**. in Courtroom 20C[1] of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

**Date:  January 29, 2025**
        **New York, NY**
                                                    **VALERIE CAPRONI**
                                                  **United States District Judge**

---

[1] Please note this is a new courtroom for the Undersigned.