```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/29/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
    UNITED STATES OF AMERICA,

              -against-                         24-CR-618 (VEC)

    KENNETH RAMSEY,                            <u>ORDER</u>

                            Defendant.
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS the evidentiary hearing on Defendant's motion to suppress is scheduled for **February 6, 2025** at **2:30 P.M.** Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

IT IS HEREBY ORDERED that the parties must submit a joint letter setting forth the list of witnesses to be called at the suppression hearing by no later than **January 31, 2025**.

**SO ORDERED.**

**Date: January 29, 2025**
**New York, NY**

                                                      **VALERIE CAPRONI**
                                                      **United States District Judge**