```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/3/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                          :
:
-against-                        :            24-CR-618 (VEC)
:
KENNETH RAMSEY,                                    :            ORDER
:
Defendant.              :
:
-----------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS Defendant filed a Motion to Suppress on December 19, 2024, *see* Dkt. 17;

WHEREAS the parties are scheduled to appear for a suppression hearing on February 6, 2025, *see* Dkt. 16; and

WHEREAS on January 31, 2025, Defendant withdrew his motion, *see* Dkt. 29.

IT IS HEREBY ORDERED that the suppression hearing on February 6, 2025 at 2:30 P.M. is CANCELLED.

IT IS FURTHER ORDERED, as set forth in the Court's Order at Dkt. 16, that trial will begin on April 7, 2025. Motions in limine are due February 28, 2025; oppositions are due March 14, 2025.  Requests to charge and proposed voir dire questions are due March 21, 2025.  The final pretrial conference will take place on March 31, 2025 at 2:30 P.M. in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

**Date:  February 3, 2025**                             _____
**       New York, NY**                                           **VALERIE CAPRONI**
                                                                   **United States District Judge**