USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/18/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                         :
:
          -against-                                           :         24-CR-618 (VEC)
:
KENNETH RAMSEY,                                                   :         ORDER
:
                             Defendant.            :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS the Government contacted the Court on February 18, 2025 that Mr. Ramsey requests a change of plea hearing.

    IT IS FURTHER ORDERED that Mr. Ramsey's change of plea hearing is scheduled for **Friday, February 21, 2025** at **2:00 P.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

**Date:   February 18, 2025**
          **New York, NY**

                                                    **VALERIE CAPRONI**
                                            **United States District Judge**