USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/21/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                          :
:
               -against-                               :     24-CR-618 (VEC)
:
KENNETH RAMSEY,                                    :     ORDER
:
                           Defendant.         :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on February 21, 2025, Mr. Ramsey appeared for a change-of-plea hearing, during which Mr. Ramsey pled guilty to Count One of the Indictment.

      IT IS HEREBY ORDERED that Mr. Ramsey must appear for sentencing on **June 25, 2025** at **2:30 P.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.  Sentencing submissions are due no later than **June 11, 2025**.

**SO ORDERED.**

**Date:  February 21, 2025**
      **New York, NY**

                                                      **VALERIE CAPRONI**
                                                **United States District Judge**