**MEMO ENDORSED**

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

Southern District

April 15, 2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/16/25

**VIA ECF and Email**

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**Re:   United States v. Kenneth Ramsey
       24 Cr. 618 (VEC)**

Dear Judge Caproni:

I write to respectfully request that the Court temporarily modify the conditions of Mr. Ramsey's bail by extending his curfew hours to permit him to attend a very special family event and black-tie affair celebrating the 80th birthday of his uncle. The event is scheduled for April 19, 2025, from 8:30 pm to 2:00 am on April 20, 2025, at a venue in Brooklyn. See attached Invitation.

Mr. Ramsey currently has a curfew from 7:00 am to 9:00 pm and has been in full compliance with this condition of his bail. After consultation with Pretrial Services, PTSO Francesca Piperato approved Mr. Ramsey to attend the aforementioned event but will require him to he back home at 1:00 am on April 20, 2025.[1] My request to the Court is that the Court approve one additional hour and require that Mr. Ramsey be back home no later than 2:00 am on April 20, 2025. Mr. Ramsey lives in the Bronx, approximately 20 miles from the venue, and will take an Uber home after the event. Mr. Ramsey's sister, who is the co-signer on his bond, will be present at the event, as will many other family members and close family friends, some of whom will be traveling from other parts of the country to attend the event.

---

[1] Mr. Ramsey's regularly assigned Pretrial Officer is Jonathan Lettieri, but he is currently out of the office until April 18, 2025.

The Government has no objection to this request.

Thank you for your consideration of this matter.

                                    Respectfully submitted,

                                    /s/ Amy Gallicchio

                                    _____
                                    Amy Gallicchio
                                    Assistant Federal Defender
                                    Office: (212) 417-8728
                                    Cell:   (917) 612-3274

cc:    AUSA Andrew Thomas
       PTSO Francesca Piperato
       PTSO Jonathan Lettieri

> Application GRANTED. Mr. Ramsey must be home by no later than 2:00 A.M. on April 20, 2025.
>
> SO ORDERED.           4/16/25
>
> *[signature: Valerie Caproni]*
>
> HON. VALERIE CAPRONI
> UNITED STATES DISTRICT JUDGE

# EXHIBIT A

